# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Ian C. Bittick

    v.                      Case Number - 09-4139-CV-C-SOW

Jeremiah Nixon, et al.

_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

-     by order of December 30, 2009, plaintiff's claims are dismissed for failure to state a claim, as frivolous, and on res judicata grounds.

ENTERED ON: December 31, 2009

December 31, 2009                         Ann Thompson  
Date                                     Clerk of Court

                                            /s/ J Russel  
                                            J Russel  
                                            (By) Deputy Clerk